IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JASON ROBINSON                                                                                      PLAINTIFF

vs.                                              2:02CV00084-WRW

CROWN EQUIPMENT CORPORATION                                             DEFENDANT

ORDER

On October 29, 2007, the above entitled cause came on for a trial before a jury, the Honorable William R. Wilson, Jr., United States District Judge, presiding.

At the conclusion of the evidence presented by the parties on November 8, 2007, the jury began its deliberations. On Friday, November 9, 2007, the jury announced to the Court and the parties that they were deadlocked and unable to reach a verdict.

IT IS THEREFORE ORDERED that a mistrial be, and it is hereby, declared and the jury is discharged from further consideration of the case. A new Scheduling Order will be entered.

If the parties are interested in contacting the jurors, they may. Please contact my Courtroom Deputy, Mary Johnson, directly to make your request.

IT IS SO ORDERED this 14th day of November, 2007.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

ord.mistrial.wpd