**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 9, 2009**

| | |
|---|---|
| Mr. Clyde Tab Turner<br>Turner & Associates, P.A. - NLR<br>4705 Somers Avenue, Suite 100<br>North Little Rock, AR 72116 | Mr. Jerry M. White<br>Turner & Associates, P.A. - Dallas<br>10000 N. Central Expressway, Suite 1450<br>Dallas, TX 75231 |
| Mr. Darryl M. Phillips<br>Cochran Firm - New Orleans<br>909 Poydras Street, Suite 1580<br>New Orleans, LA 70112 | Mr. Elton A. Rieves, III<br>Rieves, Rubens & Mayton - West Memphis<br>Post Office Box 1359<br>West Memphis, AR 72303-1359 |
| Ms. Vicki L. Gilliam<br>Akin Gilliam, PLLC<br>Post Office Box 133<br>Clinton, MS 39060 | Mr. Michael W. Kerensky<br>Kerensky Law Firm<br>5300 Memorial, Suite 950<br>Houston, TX 77007 |
| Mr. Lance H. Swanner<br>Cochran, Cherry, Givens & Smith, P.C. - Dothan<br>Post Office Box 927<br>Dothan, AL 36302-0927 | Mr. M. Brian Thompson<br>Ms. Renee Sewchand<br>Mr. Thomas J. Cullen, Jr.<br>Goodell, DeVries, Leech & Dann, LLP<br>Commerce Place<br>One South Street, Suite 200<br>Baltimore, MD 21202 |

Re: *Robinson v. Crown Equipment Corp.*, 2:02-CV-00084-WRW

Dear Counsel:

We will start this trial on Tuesday, March 17, 2009, at Helena. It <u>must</u> go to the jury at or before Wednesday, March 25, 2009.

Please confer and divide the case up in blocks of time, and submit your division to me by noon on Tuesday, February 17, 2009.

If you cannot agree on division of time between the two cases, submit letter briefs by noon on Tuesday, February 17, 2009, with your respective positions, and I will divide the time.

I much prefer a mutually agreeable division of blocks of time for Plaintiff and Defendant, rather than an item by item presumptive time limit. Please keep in mind, however, that I ain't too good to do the latter.

Have a nice rest of the day.

                                                          Cordially,

                                                          /s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court