**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 4, 2009**

Mr. Clyde Tab Turner
Turner & Associates, P.A. - NLR
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116

Mr. Jerry M. White
Turner & Associates, P.A. - Dallas
10000 N. Central Expressway, Suite 1450
Dallas, TX 75231

Ms. Vicki L. Gilliam
Akin Gilliam, PLLC
Post Office Box 133
Clinton, MS 39060

Mr. Elton A. Rieves, III
Rieves, Rubens & Mayton - West Memphis
Post Office Box 1359
West Memphis, AR 72303-1359

Mr. Lance H. Swanner
Cochran, Cherry, Givens & Smith, P.C. - Dothan
Post Office Box 927
Dothan, AL 36302-0927

Mr. Michael W. Kerensky
Kerensky Law Firm
5300 Memorial, Suite 950
Houston, TX 77007

Mr. M. Brian Thompson
Ms. Renee Sewchand
Mr. Thomas J. Cullen, Jr.
Goodell, DeVries, Leech & Dann, LLP
Commerce Place
One South Street, Suite 200
Baltimore, MD 21202

Re: *Robinson v. Crown Equipment Corp.*, 2:02-CV-00084-WRW

Dear Counsel:

As the trial date draws nigh, each side must have a lawyer reasonably available if I, or my staff, has questions. "Must" is mandatory. If a lawyer is not available, designate an assistant who can find one of the lawyers. You all are busy, my staff and I are busy, everyone is busy, but I don't want hang fires.

Counsel are directed to forthwith "meet and confer" (by telephone is okay), and agree or agree to disagree on points in any motions in limine. Several of the issues were ruled upon before or during the last trial. You can, of course, continue to object to any ruling, but advise me if I did rule earlier, and, identify specifically any new argument you have on any specific point. It would be good if you would send me a copy of the portion of the transcript which reflects argument and rulings on any of these points (I don't recall, with specificity, what you said, I said, or what I ruled years ago).

Also, <u>forthwith</u> advise me of the points upon which you agree.

Cordially,

/s/ Wm. R. Wilson, Jr.

P.S. Please note the "must" and "forthwith" above. Thank you.

Original to the Clerk of the Court