UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 10, 2009**

| | |
|---|---|
| Mr. Clyde Tab Turner<br>Turner & Associates, P.A. - NLR<br>4705 Somers Avenue, Suite 100<br>North Little Rock, AR 72116 | Mr. Jerry M. White<br>Turner & Associates, P.A. - Dallas<br>10000 N. Central Expressway, Suite 1450<br>Dallas, TX 75231 |
| Ms. Vicki L. Gilliam<br>Akin Gilliam, PLLC<br>Post Office Box 133<br>Clinton, MS 39060 | Mr. Elton A. Rieves, III<br>Rieves, Rubens & Mayton - West Memphis<br>Post Office Box 1359<br>West Memphis, AR 72303-1359 |
| Mr. Lance H. Swanner<br>Cochran, Cherry, Givens & Smith, P.C. - Dothan<br>Post Office Box 927<br>Dothan, AL 36302-0927 | Mr. Michael W. Kerensky<br>Kerensky Law Firm<br>5300 Memorial, Suite 950<br>Houston, TX 77007 |

Mr. M. Brian Thompson
Ms. Renee Sewchand
Mr. Thomas J. Cullen, Jr.
Goodell, DeVries, Leech & Dann, LLP
Commerce Place
One South Street, Suite 200
Baltimore, MD 21202

Re: *Robinson v. Crown Equipment Corp.*, 2:02-CV-00084-WRW

Dear Counsel:

I remind you that closing arguments will commence at 10:00 a.m. on Thursday, March 25, 2009. This is not movable. Accordingly, I urge both sides to pair your evidence down to its essence. It would probably be advisable to plan to take less time than you originally anticipated, so that both sides can get your essential evidence before the jury.

I will call time on Plaintiff when his half of the time is up -- period.

Likewise, I will call time on Defendant when its half of the time is up -- period.

I am reaffirming these time limits because I can hardly stand to see a grown person cry.

Cordially,

/s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court