**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JASON ROBINSON**                                                                                          **PLAINTIFF**

v.                                            **2:02-CV-00084-WRW**

**CROWN EQUIPMENT CORPORATION**                                                       **DEFENDANT**

**ORDER**

Pending are Plaintiff's Motions in Limine (Doc. No. 175). Defendant has responded.[1] After reviewing all pleadings, motions, and responses, I rule as follows:

1. Plaintiff's Motion in Limine Nos. 1 - 4 and 10 - 11 are unopposed by Defendant and are hereby GRANTED.

2. Plaintiff's Motion in Limine No. 5 to Exclude Evidence Relating to Fork Lift Tip-Over or Off the Dock Accidents or Testing is DENIED.

3. Plaintiff's Motion in Limine No. 6 to Exclude Industry Regulations/Standards is DENIED.

4. Plaintiff's Motion in Limine No. 7 to Exclude Military Specifications is DENIED.

5. Plaintiff's Motion in Limine No. 8 to Exclude Evidence Relating to the Negligence of Plaintiff or Any Third Party is DENIED.

6. Plaintiff's Motion in Limine No. 9 to Exclude Evidence of Inadequate Training to Plaintiff as an Intervening Cause is DENIED.

7. Plaintiff's Motion in Limine No. 12 to Exclude Comparative Statistical Evidence Offered by Dr. M. Laurentius Marais is DENIED.

---

[1] Doc. No. 182.

-2-

8. With respect to Plaintiff's Motion in Limine No. 13 to Exclude Expert Testimony Offered to Explain a Federal Law or Safety Standard, I reserve my ruling until trial.

9. The above rulings -- save Motion in Limine No. 13 -- are definitive.

IT IS SO ORDERED this 12th day of March, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE
